UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BROCKTON FAMILY AND ) | |
| COMMUNITY RESOURCES, INC. ) | Case No. |
| ) | |
| Debtor. ) | |

## STATEMENT OF ATTORNEY FILED BY MADOFF & KHOURY LLP PURSUANT TO FED. R. BANKR. P. 2016(b)

1.      Amount of compensation paid after one year before the filing of the petition commencing this case for services rendered or to be rendered to the Debtor in contemplation of or in connection with this case:   **$15,000 ($5,000 on or about August 21, 2007 and $10,000 on October 31, 2007).**  These funds were expended prepetition, and Madoff & Khoury does not have a retainer in this case.

2.      Agreements made after one year before the filing of the petition commencing this case concerning compensation for services rendered to the Debtor in contemplation of or in connection with this case:

> Subject to this Court's jurisdiction with respect to professional fees, the Debtor has agreed to pay this firm for services at its usual hourly rates in effect at the time such services are rendered. The Debtor has also agreed to reimburse this firm in full for its cash disbursements and for such expenses as the firm customarily bills to its clients.

1.      Source of income paid or promised:

> The Debtor is the source of funds to be paid to this firm for services rendered and expenses incurred.

2.      Sharing of compensation or agreements to share compensation:

> There has been no sharing of compensation and there exists no agreement for the sharing of any compensation paid or to be paid for services rendered or to be

rendered to the Debtor in contemplation of or in connection with this case, other than with members or regular associates of this firm.

Dated: November 7, 2007						MADOFF & KHOURY LLP


By: /s/ *David B. Madoff*
    David B. Madoff
    A Member of the Firm
    124 Washington Street, Suite 202
    Foxborough, MA 02035
    Telephone: (508) 543-0040
    Facsimile: (508) 543-0020

G:\clients\0143p\M&K 2016 statement