UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

```
                                         )
In re:                                   )
                                         )    Chapter 11
BROCKTON FAMILY AND                      )
COMMUNITY RESOURCES, INC.                )    Case No.
                                         )
                    Debtor.              )
                                         )
```

**DEBTOR'S APPLICATION FOR AUTHORITY
TO EMPLOY MADOFF & KHOURY LLP AS COUNSEL**

Debtor Brockton Family and Community Resources, Inc. ("BFCR" or the "Debtor"), hereby applies to this Court for authority to employ Madoff & Khoury LLP as counsel in this case.

### I. Introduction

1. On November 7, 2007 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in this Court.

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage its businesses and financial affairs as a debtor-in-possession. No creditors' committee has yet been appointed in this case.

### III. Background

3. BFCR is a non-profit, community based corporation, located in Brockton, Massachusetts, dedicated to serving individuals and families whose lives are impacted by trauma, including violence, at home, school or in their community. BFCR provides services such as mental health and substance abuse treatment, advocacy, support, individual and group



11/20/2007 Approved.

treatment, case management, supervised visitation and community education and training.

4.BFCR's programs include the Battered Women's Advocacy Project, the Child Witness to Violence Project; the Safe Home Emergency Shelter Project; programs for supervised visitation, civilian police advocacy, and S.H.A.R.E. programs for survivors of homicide and terrorism.

5.BFCR receives its funding from, among others: the Massachusetts Department of Public Health, Department of Social Services, Massachusetts Office of Victim Assistance, Massachusetts Bar Association, the Brockton Housing Authority, private grants and fundraising.

6.BFCR's offices are currently located at 9 Belmont Street, Brockton. It leases part of that space as a tenant at will, and part pursuant to a lease that expires in approximately two years. However, BFCR owns a building located at 18 Newton Street, Brockton. That building has a value of approximately $450,000, and is subject to a first mortgage held by Rockland Trust in the amount of approximately $106,000. The debt to Rockland Trust is also secured by a lien on certain personal property of the Debtor. By separate motion, filed concurrently herewith, BFCR has sought authority to move its offices back to the Newton Street property, which will result in substantial savings for the Debtor.

7.This Chapter 11 proceeding was precipitated by a levy on substantial assets of BFCR by the IRS, due to the underpayment of payroll taxes for the years 2004, 2005 and 2006. With interest and penalties, the amount owed to the IRS exceeds $600,000. The purpose of the reorganization will be to file a plan that repays the tax debt as permitted under the Code. BFCR's remaining general unsecured debt totals approximately $190,000.

### III.  Relief Requested

8.  Subject to approval of this Court, and on the conditions set forth herein, the Debtor has retained M&K as its counsel in connection with this case. The Debtor seeks to retain M&K because of the substantial experience of the firm's partners in representing debtors in Chapter 11 proceedings, and because the reasonable rates charged by M&K are commensurate with the size of the case. The Debtor believes that M&K is well qualified, and will efficiently and ably represent the Debtor's interests.

9.  As set forth in the attached Signed Statement of Professional Person, M&K has informed the Debtor that M&K: (a) has no connection with the Debtor, (b) does not hold or represent any interest adverse to the Debtor, its creditors or equity security holders or any other party in interest, or their respective attorneys in this case, (c) is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, (d) is not an insider as that term is defined in Section 101(31) of the Bankruptcy Code, and (e) the professionals of M&K are not related to any judge of this Court, the United States Trustee for this district or anyone employed in the Office of the United States Trustee.

### IV.  Notice

10.  No trustee, examiner, or official committee has been appointed in this Chapter 11 case. Copies of this Application have been furnished by ECF or overnight mail to: (a) the Office of the United States Trustee for this district; (b) the Debtor's 20 largest unsecured creditors as reflected in the list filed by the Debtor pursuant to Fed. R. Bankr. P. 1007(d); (c) the Internal Revenue Service; (d) the Departments of Revenue and Employment and Training for the Commonwealth of Massachusetts. The Debtor submits that such service constitutes sufficient

notice of this Application in the particular circumstances.

## VIII.  Conclusion

WHEREFORE, the Debtor respectfully requests that this Court: (a) enter an order, in substantially the form attached hereto granting the Application; and (b) grant such other and further relief as this Court may deem just and proper.

Respectfully submitted this 7th day of November, 2007.

                                        BROCKTON FAMILY AND COMMUNITY
                                      RESOURCES, INC.

                                      By: /s/  Patricia Kelleher
                                             Patricia Kelleher
                                             Executive Director

g:\clients\0541\employ mk